# UNITED STATES DISTRICT COURT

SOUTHERN    DISTRICT OF    CALIFORNIA

### APPEARANCE

Case Number: 08mj2491

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

MARTIN MIRELES-TELLEZ

I certify that I am admitted to practice in this court.

| 8/13/2008 | /s/ John C. Ellis, Jr. |
|---|---|
| Date | Signature |

| John C. Ellis, Jr. / Federal Defenders of SD | 228083 |
|---|---|
| Print Name | Bar Number |

225 Broadway, Suite 900
Address

| San Diego, | CA | 92101 |
|---|---|---|
| City | State | Zip Code |

| (619) 234-8467 | (619) 687-2666 |
|---|---|
| Phone Number | Fax Number |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08mj2491 |
| | ) | |
| v. | ) | |
| | ) | |
| MARTIN MIRELES-TELLEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Notice of Appearance has been electronically served this day upon:

    United States Attorney's Office
    880 Front Street
    San Diego, CA  92101


Dated:  August 13, 2008          */s/ John C. Ellis, Jr.*
                      JOHN C. ELLIS, JR.
                      Federal Defenders
                      225 Broadway, Suite 900
                      San Diego, CA 92101-5030
                      (619) 234-8467  (tel)
                      (619) 687-2666  (fax)
                      john_ellis@fd.org